UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHELLA C. ALFARO BRITTANY,

Plaintiff,

v.

YOLO COUNTY POLICE DEPARTMENT, et al.,

Defendants.

Case No. 2:25-cv-0778-DAD-JDP (PS)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITHOUT PREJUDICE

On March 13, 2025, the assigned magistrate judge issued findings and recommendations (Doc. No. 3) which were served on plaintiff at her address of record and contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days after their service. No objections to those findings and recommendations were filed by plaintiff. Accordingly, on May 12, 2025, the undersigned adopted the findings and recommendation, denied plaintiff's application to proceed *in forma pauperis*, and directed her to pay the required filing fee in order to proceed with this action within twenty-one (21) days. That time has long since passed, and plaintiff has failed to pay the required filing fee.

/////

/////

/////

Accordingly, this action is dismissed without prejudice due to plaintiff's failure to pay the required filing fee.

IT IS SO ORDERED.

Dated: **October 14, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE